UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 12-380 (WHW) |
| | : | |
| v. | : | Hon. William H. Walls |
| | : | |
| | : | ORDER FOR CONTINUANCE |
| RASHAN DAVIS | : | |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Rashan Davis (by Donald McCauley, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned from the date of this order through January 21, 2013, to allow the parties to conclude plea negotiations and, if necessary, to provide the defense with additional time to prepare and file pretrial motions, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court and that a continuance shall serve a delay a trial in this matter, and the defendant through his attorney having consented to the continuance, and one prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are ongoing, and both the United States and the Defendant seek additional time to determine whether the case can be resolved without a trial;

2. In event the parties do not reach a plea agreement, the defense seeks additional time to prepare and file pretrial motions;

3. Defendant has consented to the aforementioned continuance;

4. The grant of a continuance will likely conserve judicial resources; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 23 day of October, 2012,

**ORDERED** that this action be, and hereby is, continued from the date of this order through January 21, 2013; defense motions, if any, are to be filed by December 17, 2012, opposition to defense motions are to be filed by January 14, 2013, motions shall be heard (if necessary) on January 18, 2013, and the trial shall be scheduled for January 21, 2013, absent any other reason to continue the proceedings; and it is further

**ORDERED** that the period from the date of this order through January 21, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Consented and Agreed By

Donald McCauley, Esq.
Counsel for Defendant Rashan Davis

Nicholas P. Grippo
Assistant United States Attorney